IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG A. ALFORD, | : | |
| Petitioner, | : | 1:21-cv-0876 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| GARY HAIDLE, | : | |
| Respondent. | : | |

# **ORDER**

**May 25, 2021**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Petitioner's motion (Doc. 2) to proceed *in forma pauperis* is GRANTED for the sole purpose of the filing of this action.

2. The petition for writ of habeas corpus (Doc. 1) is CONSTRUED as a petition pursuant to 28 U.S.C. § 2241, DEEMED filed, and DISMISSED without prejudice. *See* R. GOVERNING §2254 CASES R. 4.

3. The Clerk of Court is directed to NOTIFY the Petitioner and CLOSE this case.

<u>s/ John E. Jones III</u>
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania